MOSCOWITZ, Respondent, v. SASSULSKY et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 27, 1911.) Action by Sam Moscowitz against Samuel Sassulsky and another. No opinion. Mo-

tion denied, with $10 costs. See, also, 126 N. Y. Supp. 513.